FILED
CLERK, U.S. DISTRICT COURT

08/30/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:23-cr-00168-PA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2422(b): Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(a): Transportation of a Minor with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 2428: Criminal Forfeiture] |
| JACOB MICHAEL ORLEANS, aka "tristecharro," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about April 21, 2023, and continuing through on or about May 27, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant JACOB MICHAEL ORLEANS, also known as "tristecharro," used facilities and means of interstate and foreign commerce, namely, the internet and a cellular phone, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, Minor

Victim 1, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Lewd and Lascivious Acts Upon a Child Under 14, in violation of California Penal Code Section 288(a), and Arranging a Meeting with a Minor for Lewd Purposes, in violation of California Penal Code Section 288.4(a)(1).

## COUNT TWO

[18 U.S.C. § 2423(a)]

Beginning on or about May 26, 2023, and continuing to on or about May 27, 2023 in San Bernardino County, within the Central District of California, and elsewhere, defendant JACOB MICHAEL ORLEANS, also known as "tristecharro," knowingly transported an individual, who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

FORFEITURE ALLEGATION

[18 U.S.C. § 2428]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2428, in the event of the defendant's conviction of the offense set forth in either of Counts One or Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a) All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of any such offense;

(b) All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from any such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2428(b)(2), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

4

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                    A TRUE BILL

                                         /S/
                                    _____
                                    Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office